EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

ALEXANDRA C. O'HANLEY
Special Assistant U.S. Attorney
15 AW/JA
120 Sixth Street
Hickam AFB, Hawaii 96853-5336
Telephone No. 449-1737, Ext 243
Facsimile No.  449-0999
Email:  Ali.O'Hanley@hickam.af.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.:  05-00083 |
|  | ) |  |
| Plaintiff, | ) | ORDER FOR DISMISSAL |
|  | ) | WITHOUT PREJUDICE |
| vs. | ) |  |
|  | ) |  |
| SHANNA M. SHELTON-SAPORITO, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

ORDER FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the court endorsed hereon, the United States Attorney for the district of Hawaii hereby dismisses, without prejudice, the information against SHANNA M. SHELTON-SAPORITO, the defendant, because the defendant does not live in

the district of Hawaii, does not pose a threat to Hickam Air Force Base and the case is stale.

DATED: Honolulu, Hawaii, June 21, 2006.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Alexandra C. O'Hanley
    ALEXANDRA C. O'HANLEY
    Special Assistant. U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA


APPROVED AND SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: June 21, 2006


United States vs. Shanna M. Shelton-Saporito
CR. NO.: 05-00083
"Order For Dismissal Without Prejudice"